JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JODI ALLEN, individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a business entity form known; a business entity form known; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No.: 5:20−cv−02139 JFW (KKx)<br>[*San Bernardino Superior Court Case No.: CIVDS2016451*]<br><br>**JUDGMENT**<br><br>[*Assigned to John F. Walter, District Judge; Kenly Kiya Kato, Magistrate Judge*] |

## **JUDGMENT**

Pursuant to this Court's June 30, 2021, Order (Doc. No. 33) and Statement of Decision (Doc. No. 34) granting Defendant Lowe's Home Centers, LLC's motion for summary judgment, and for the reasons set forth in that Order and Statement of Decision,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.　JUDGMENT is hereby entered against Plaintiff Jodi Allen and in favor of Defendant Lowe's Home Centers, LLC, on Plaintiff's entire complaint and each cause of action therein, and the complaint is dismissed with prejudice;

2.　Plaintiff Jodi Allen shall take nothing by this action;

///

3. Defendant Lowe's Home Centers, LLC, is the prevailing party in this action pursuant to Federal Rule of Civil Procedure 54, subdivision (d), and Central District Local Rule 54-1, and its allowable costs shall be taxed to Plaintiff Jodi Allen in accordance with Central District Local Rules 54-2 and 54-3.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: July 7, 2021

Hon. John F. Walter
United States District Court Judge